**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7728**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID BRYANT WICKS, JR., a/k/a David Bryant
Jones,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CR-96-593, CA-00-2452-3-19)

---

Submitted:  May 18, 2001          Decided:  August 1, 2001

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David Bryant Wicks, Appellant Pro Se.  Eric William Ruschky,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Bryant Wicks, Jr., appeals the district court's order denying his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal, relying on United States v. Sanders, ___ F.3d ___, 2001 WL 369719 (4th Cir. Apr. 13, 2001) (No. 00-6281), and United States v. Pregent, 190 F.3d 279, 284 n.5 (4th Cir. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED